ANNA MILEWSKA, an Infant, by MARY GONSIEWSKA, Her Guardian ad Litem, Respondent, *v.* THE YATES HOTEL COMPANY, Appellant.

*Milewska* v. *Yates Hotel Company*, 140 App. Div. 938, affirmed.
(Argued February 27, 1912; decided March 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, her employer.

*W. P. Goodelle* for appellant.

*James E. Newell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER WILLARD BARTLETT, CHASE and COLLIN, JJ.